UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANDERSON,

    Plaintiff,

v.

Case No. 23-12071
Honorable Linda V. Parker

NATIONAL ACRYLICS, IPOWER.COM,
OCEAN ROCK BATH LLC, NICK DOELLE,

    Defendants.
_____/

OCEAN ROCK BATH LLC,

    Counter-Claimant,

v.

ROBERT ANDERSON,

    Counter-Defendant.

_____/

## ORDER ADMINISTRATIVELY STAYING PROCEEDINGS AND TERMINATING PENDING MOTIONS

On September 5, 2024, the Court was made aware that Plaintiff/Counter-Defendant Robert Anderson filed for bankruptcy. Upon review, the Court confirms and takes judicial notice pursuant to Fed. R. Civ. P. 201 that, on August 12, 2024, Anderson filed a bankruptcy petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern

District of Michigan (Case No. 24-bk-47750).  Pursuant to the provisions of 11 U.S.C. § 362, the filing of Anderson's petition operates as an automatic stay as to the claims in this matter.

Accordingly,

**IT IS ORDERED** that the Clerk shall close this matter for statistical purposes.  Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter.  If the bankruptcy proceedings are terminated or the automatic stay is lifted with reference to the instant matter by the bankruptcy court, then the stay may be lifted upon the motion of any party.

**IT IS FURTHER ORDERED** that the pending motions (ECF Nos. 28 and 33) and the Report and Recommendation (ECF No. 32) are **TERMINATED** until further order of this Court.


Date:  September 6, 2024              s/LINDA V. PARKER
                                      UNITED STATES DISTRICT JUDGE