UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ROBERT ANDERSON,

Plaintiff,

Case No. 23-12071

v.

Hon. Linda V. Parker

OCEAN ROCK BATH LLC, and NICK DOELLE

Defendants.

## DISMISSAL

At a session of court held in the Eastern District of Michigan
In Detroit, Michigan, on _____, 2026.

Present: Honorable Linda V. Parker
Judge for the Eastern District of Michigan

Pursuant to a Settlement Agreement signed on September 19, 2025, all claims

of Plaintiff Robert Anderson are DISMISSED WITH PREJUDICE without costs or

fees to any party and all claims of Defendants/Counter-Plaintiffs Nick Doelle and

Ocean Rock Bath LLC are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

*This is a Final Order and closes the case.*

_____
DISTRICT COURT JUDGE

Approved as to form; notice of entry waived:

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ROBERT ANDERSON,

        Plaintiff,

v.

OCEAN ROCK BATH LLC, and NICK DOELLE

        Defendants.

Case No. 23-12071

Hon. Linda V. Parker

## DISMISSAL

At a session of court held in the Eastern District of Michigan
In Detroit, Michigan, on _____, 2026.

Present: Honorable Linda V. Parker
Judge for the Eastern District of Michigan

Pursuant to a Settlement Agreement signed on September 19, 2025, all claims of Plaintiff Robert Anderson are DISMISSED WITH PREJUDICE without costs or fees to any party and all claims of Defendants/Counter-Plaintiffs Nick Doelle and Ocean Rock Bath LLC are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

*This is a Final Order and closes the case.*

_____
DISTRICT COURT JUDGE

Approved as to form; notice of entry waived:

Dated: 12/10/25

**ROBERT ANDERSON**

Robert Anderson, in pro per
21536 Tanglewood
St. Clair Shores, MI 48082

Dated: 1/13/26

**SHIFMAN & CARLSON, P.C.**

Robert J. Gavin (P72726)
Attorneys for the Defendants
33533 W. Twelve Mile Road, Suite 295
Farmington Hills, MI 48331

2