UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ROBERT ANDERSON,

      Plaintiff,                              Case No. 23-12071

v.                                          Hon. Linda V. Parker

OCEAN ROCK BATH LLC, and NICK DOELLE

      Defendants.

## **STIPULATED ORDER OF DISMISSAL**

      Pursuant to a Settlement Agreement signed on September 19, 2025, all claims of Plaintiff Robert Anderson are DISMISSED WITH PREJUDICE without costs or fees to any party and all claims of Defendants/Counter-Plaintiffs Nick Doelle and Ocean Rock Bath LLC are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

*This is a Final Order and closes the case.*

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: January 14, 2026

Approved as to form; notice of entry waived:

**ROBERT ANDERSON**

Dated: 12/18/25   /s/ Robert Anderson
                           Robert Anderson, in pro per
                           21536 Tanglewood
                           St. Clair Shores, MI 48082

**SHIFMAN & CARLSON, P.C.**

Dated: 1/13/26   /s/ Robert J. Gavin
                           Robert J. Gavin (72726)
                           Attorneys for the Defendants
                           33533 W. Twelve Mile Road, Suite 295
                           Farmington Hills, MI 48331